IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARKLAND GASSOWAY,

              Petitioner,              No. CIV S-04-2026 WBS KJM P

   vs.

SUPERIOR COURT OF THE STATE
OF CALIFORNIA, et al.,

              Respondents.       ORDER

_____/

      This petition for writ of habeas corpus was dismissed on February 9, 2005.
Documents filed by petitioner since the closing date will be disregarded and no orders will issue
in response to future filings.

DATED:  May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
gass2026.158